**Travis Sentell MONROE,**
**Petitioner–Appellant,**

v.

**Warden Sara M. REVELL,**
**Respondent–Appellee.**

No. 13–6364.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 26, 2013.

Travis Sentell Monroe, Appellant Pro Se. Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Sentell Monroe, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. *Monroe v. Revell,* No. 5:12–hc–02165–FL, 2013 WL 501883 (E.D.N.C. Feb. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*